

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **22CR23** |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 1703(b) |
| | ) | |
| | ) | **INFORMATION** |
| MICHAEL WOOTEN | ) | |

**MAGISTRATE JUDGE MCSHAIN**

The UNITED STATES ATTORNEY charges:

Between or about February 6, 2019, and on or about March 4, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL WOOTEN,

defendant herein, who was then a United States Postal Service employee, without authority, opened mail not directed to him, namely nine parcels of United States first class mail containing Target gift cards;

In violation of Title 18, United States Code, Section 1703(b).

JASON YONAN
Digitally signed by JASON YONAN
Date: 2022.01.13 13:34:24 -06'00'

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY